**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 33 MAL 2022

           Respondent            :

                          :  Petition for Allowance of Appeal
                          :  from the Order of the Superior Court

          v.                  :

                          :

DALE ARNOLD,                  :

                          :

           Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.